Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Oklahoma   [▼]

_____ Division

| | | |
|---|---|---|
| Sylvanius Bell, Mrs. Ruth Bell, Angelia Bell and others | ) ) ) | Case No.  CIV 18 - 1 2 3 - JHP |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)*  [✔] Yes  [ ] No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | FILED |
| Robert Smith, Janice Tate, Martha Washington, | ) | |
| Phariss Hodge, Kevin Cowen, Kenneth Cowen, | ) | APR 19 2018 |
| Robert Crawford, Kirk Johnson, Eddie Bernice | ) | |
| Johnson, Martin King III, Edward Rodgers, others | ) | PATRICK KEANEY |
| *Defendant(s)* | ) | Clerk, U.S. District Court |
| *(Write the full name of each defendant who is being sued. If the* | ) | By_____ |
| *names of all the defendants cannot fit in the space above, please* | ) | Deputy Clerk |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | | |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Sylvanius Bell |
| Street Address | 200 Foremaster lane |
| City and County | Las Vegas |
| State and Zip Code | Nevada 89101 |
| Telephone Number | 702-510-7682 |
| E-mail Address | complainnevada@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Robert Smith |
| Job or Title *(if known)* | |
| Street Address | 4928 Wateka Lane |
| City and County | Dallas |
| State and Zip Code | Texas 75209 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Martin Luther King III |
| Job or Title *(if known)* | |
| Street Address | 3551 Devon Chase |
| City and County | Atlanta |
| State and Zip Code | Georgia |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | James A. Baker III |
| Job or Title *(if known)* | |
| Street Address | 910 Louisana #3000 |
| City and County | Houston and Harris |
| State and Zip Code | Texas |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Janet Thompson Wells |
| Job or Title *(if known)* | |
| Street Address | 6317 Swiss Way |
| City and County | ROWLETT, TEXAS and Collins |
| State and Zip Code | Texas 750893024 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question              [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
U.S. Constr. 13th and 14th Admendments

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  Sylvanius Bell                          , is a citizen of the

State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*  Robert Smith                          , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

  b.    If the defendant is a corporation

        The defendant, *(name)*  Baker Botts                              , is incorporated under

        the laws of the State of *(name)*   Texas                          , and has its

        principal place of business in the State of *(name)*   Houston                          .

        Or is incorporated under the laws of *(foreign nation)*                          ,

        and has its principal place of business in *(name)*                          .

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

3.   The Amount in Controversy

     The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
     stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
     $100,000,000,000.00

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Mrs. Ruth Bell and Angelia Bell lived in Mesquite Texas in 2007. They were abducted in early January and flown
to Atlanta to live at 234 Sunset Avenue SW in Atlanta by Martin Luther King III, Dexter Scott King, Bernice King,
Derek King and Issac Ferris, and thereafter live there as hostages, not alloowed to leave or return to Texas.
Martin King and his family would later, invite other people to come and claim their money, but they must sexally
assault these women first. Leonard Bell lived in Symrna, Georgia, he heard his family was at the Sunset
residence. he contacted his former in-laws to rescue his mother and sister to no avail. He evnetually was
assaulted. He called his family, and they too were assaulted by the King Family and their freinds. Police watched
without interferring, beleiving King's tale about all of them being prostitutes and wanted their money.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal
arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

Civil Rights were violated. Sexual Assault was committed, Extortion By Force, Fraud and Perjury were committed.
Murder and Attempted Murder followed. Twenty people were buried , some alive, on the family farm in an attempt
to save Mrs. Bell and her family from the King family and friends. many were buried upside down with legs
exposed. Later, some of the Dallas people turned on Mrs. Bell, like the Thompson Family and the Mitchell
families because money was given to these Atlanta strangers. They wanted to join the King family's sham. In
order to do so, they committed sexaul assault and simple assault, attempted murder and murder (mostly on the
Lurks Farm near Okay, Oklahoma) remains questionable. Wagoner County sheriff department also joined in

as other policemen, mostly off-duty, from Dallas, Texas, Mesquite, Texas, Wagoner, Oklahoma, Muskogee, Oklahoma and Atlanta, Georgia.Surviving victims were left with mental anguish, nighmares, nerological and mental problems, undernourishment, penniless/ loss of control of their bank accounts, without homes, loss of family members, physical pain, etc. Now the Thompsons and the Mitchells want the Lurk Farm, and they have started drilling oil and gas under false pretenses by employing the Lurkses and Bells identity and signing legal documents. Relief request is $100,000,000,000.00 and a complete removal of all none family members, including Freman Gilmore, Jessica Gilmore, Freddy Gilmore, Kewanna Grant, Mark (Marcus) Grant, and other members of the Grant, Gray and Gilmore families.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        04/12/2018

Signature of Plaintiff
Printed Name of Plaintiff     Sylvanius Bell

### B.     For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address